JUNE 9 2022

JO ANN WILBERT (Plaintiff)

V

STATE OF TEXAS
GOV GREGG ABBOTT
TEXAS DEPT OF CRIMINAL JUSTICE
UNIV OF TEXAS MEDICAL BRANCH

CASE NUMBER
6:22-cv-769

## AFFIDAVIT

This Affidavit names Dorothy Wooley (A 40 year) friend to be my delegate and medical representative in this Law Suit against the Above Defendants.

In addition to being a Civil Rights Complaint Case, this is also a medical care case and a Federal Case in violation of 13th Amendments Case (slavery and forced labor); Abuse of a 100% elderly disabled Veteran.

For the Courts Information (only) Dorothy Wooley's information is as follows: 1706 Rolling Bend Court Keller Texas 76248. Her Phone # is 817-788-5146.

Dorothy Wooley has Full Access to ALL MY MEDICAL Records. And should be my Registered POINT OF Contact for this CASE.

Jo Ann Wilbert
Jo Ann Wilbert (2261580)
Mt View Unit (A2/28)
2305 Ransom Rd
Gatesville TX 76528
JUNE 9 2022



PRIORITY MAIL
UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM:
Dorothy Wooley
1706 Rolling Bend Ct
Keller, Tx 76248

TO: Clerk U.S. District Ct.
Western District of Texas
United States Courthouse
800 Franklin Ave, Rm 380
Waco, Texas 76701