**SUBJECT:** *State briefly the problem on which you desire assistance.* (Repeadily Messing up)

Under NO Circumstances do I see " MS Humphreys iN Medical. MS Sloan (Nurse Sloan) specifically referred me to PA Lundsford. (You messed up.)

On Friday May 27 2022 I came down on Appt to see Humphreys. This is the 9th time I have told you I DO NOT see her AND DONT Schedule me with her — YOU ARE WASTING YOUR TIME AND MINE. I send All these Wasted slips to the Court.

Name: JoAnn Wilbert          No: 2261580          Unit: Mt View Unit

Living Quarters: A2/28          Work Assignment: ØØ

**DISPOSITION:** (Inmate will not write in this space)

YOU NEED TO Address this I-60 to <u>Medical / Manage Care.</u> Countroom does not schedule you with the providers. <u>Medical does.</u> Countroom only prints the Slip. Countroom does not have time to look over all the layins to make sure <u>YOU</u> are scheduled with the right Provider. Once again you need to address this with medical and not Countroom !

☆I-60 (Rev. 11-90)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION
# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Count Room / Taylor or Strickland_ DATE: _5/31/22_
(Name and title of official)

ADDRESS: _Mt View Unit_

**SUBJECT:** *State briefly the problem on which you desire assistance.* On Friday May 13 2022

On Friday May 13 2022 at 5:00 pm when I received the evening mail — I received (10) Grievances back that were Almost ONE YEAR OLD. They were from Carole Young which I left in July 2021.

(11) I need you to Explain to me — Why it took Almost 11 months to get copies of Grievances back when the Units know exactly where I Am from the day I leave. This just goes to show how inefficient the Grievance System is!

**Name:** Jo Ann Wilbert     **No:** 2261580     **Unit:** Mt View

**Living Quarters:** A2/28     **Work Assignment:** CDO

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❑ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❑ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❑ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❑ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ❑ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❑ *Parole requirements and related information (Unit Parole Counselor)*

7. ❑ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❑ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: __Grievance Officer__ DATE: __5/16/22__
  *(Name and title of official)*

ADDRESS: __Mt View__

**SUBJECT:** *State briefly the problem on which you desire assistance.*   DO NOT NEED

I DO NOT NEED ANY MORE NURSE SICK CALLS
I NEED AN APPT WITH PA LUNDSFORD.

THIS IS MY 9 TH REQUEST TO SEE HER
HUMPHREY IS NOT TO TAKE PART IN ANY OF
MY MEDICAL   MY FAMILY IS WAITING TO CALL
MR KUNTZ AND
I WILL GET A COURT ORDER TO DO SO IF
NECESSARY.                                    JUN 2 AM 1:03

Name: Jo Ann Wilbert          No: 22615          Unit: MT VIEW

Living Quarters: A2/28          Work Assignment: ØØ

**DISPOSITION:** (Inmate will not write in this space)   Medically Unassigned

SICK CALL

P. Jones, RN M

Jason Baker LVN

☆I-60 (Rev. 11-90)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

Cc / MR KUNTZ (Huntsville)
MEDICAL SUPERVISOR (MT VIEW) ✓

TO: _CLASSIFICATION_____ DATE: _5/31/22_

(Name and title of official)

ADDRESS: _____

**SUBJECT:** *State briefly the problem on which you desire assistance.* Would you please

Would you please renew my Antacid Tablet? The food in the Chow Hall has really been bad And I have lots of heartburn.

MAY 30 AM 1:34

Name: Jo Ann Wilbert     No: 226 1580     Unit: Mt View

Living Quarters: A2/28     Work Assignment: DD$

**DISPOSITION:** (Inmate will not write in this space)

Jason Baker LVN
tums refilled on
5/26/22

P. Jones, RN

I-60 (Rev. 11-90)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION
# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: __Medical / Supervisor__      DATE: __5/29/22__
      (Name and title of official)

ADDRESS: __Mt View__

**SUBJECT:** *State briefly the problem on which you desire assistance.* Problem With Property

If MS Croswell in Property is "With holding" that PACKAGE of Medical Records that needs to go Dr. Lannete Linthicum. (The Package going to TDCJ MAIL) Has She brought it to You YET? NO

I Am Going to Contact (The Post Master General.) It is illegal to With Hold or TAMPER With inmate MAIL. She is Also GIVING me A Case (because I tried to go through her to mail it.) I have contacted the Warden and need to speak With you — Are You contracted to (TDCJ) or US Mail Postal employees?

Name: Jo Ann Wilbert       No: 2261580       Unit: Mt. View

Living Quarters: A2       Work Assignment: ØØ

**DISPOSITION:** (Inmate will not write in this space)

(1000) first of all you are sending it Truck Mail. Truck Mail is TDCJ Mail. Second off Nothing is Federal Mail untill it touches the USPS Truck and its TDCJ Property when they give it to us Third off you are Not geting a Case for Mailing it through her you are getting a Case for being out of place, she told you to go to MR house and you came to

I-60 (Rev. 11-90)

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE – INSTITUTIONAL DIVISION
# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: __MAil Room Supervisor__  DATE: __5/8/22__
*(Name and title of official)*

ADDRESS: __Mt View Unit__

DONT WRITE ON BACK ... of 7 DAYS

# Texas Department of Criminal Justice
IDONT CARE.
A2-28

## STEP 1 OFFENDER GRIEVANCE FORM

Offender Name: Jo Ann Wilbert    TDCJ # 226 580
Unit: Mt View    Housing Assignment: A2/28
Unit where incident occurred: Mountain View

OFFICE USE ONLY

Grievance #: _____
Date Received: _____
Date Due: _____
Grievance Code: _____
Investigator ID #: _____
Extension Date: _____
Date Retd to Offender: _____

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Croswell / Safe Prison    When? 5/4/22

What was their response? Croswell Wrote me A Case

What action was taken? I Am Contacting the Court / medical has my Records all Messed up

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On May 4th I was having Severe back + foot pain. I used the Parking Lot As A short cut to get to my Dorm. It was extremely hot and I needed A.C.

When Croswell saw me - she said I Am gonna give you A Case. I showed her my WALKING Restrictions.

One week later I Am getting A case (5/12/22) for out of place. I was told I don't have restrictions. Humphreys in Medical Deleted All my restrictions (illegally and is under Medical malpractice (case) and charges in the Court for doing So.

I will NOT be Punitively Punished for Medical Screw Ups IN my Medical Restrictions. This Case Against me is totally retarded And should be dropped immediately. I have contacted the COURT in regard to Abuse and harrassment of A elderly disabled person.

I Am 100% Permanantly And Totally Disabled - Medically Disabled since 2008. Not AVAILABLE to work in Any CAPACITY. MAY 13 2022

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

**Action Requested to resolve your Complaint.**  Drop this Case immediately.

**Offender Signature:** Jo Ann Wilbert          **Date:** 5/12/22

**Grievance Response:**

**Signature Authority:** _____          **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days.  *
☐ 3. Originals not submitted.  *
☐ 4. Inappropriate/Excessive attachments.  *
☐ 5. No documented attempt at informal resolution.  *
☐ 6. No requested relief is stated.  *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language.  *
☑ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible.  *
☐ 11. Inappropriate.  *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission          UGI Initials: _____
Grievance #: 2022098971
Screening Criteria Used: 499, 08
Date Recd from Offender: MAY 1 3 2022
Date Returned to Offender: MAY 1 3 2022
2ⁿᵈ **Submission**          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3ʳᵈ **Submission**          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

TDCJ DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20220152080 TDCJNO:02261580 NAME: WILBERT,JO ANN                     EA:
UNIT:MV   RSNG: A-2   02SB        JOB: FOLDER LAUNDRY 2ND                   IQ: 090
CLSS: S3   CUST: G3  PRIMARY LANGUAGE: ENGLISH    LMHA RESTRICTIONS:    NONE
CRDE: MI / MJD   OFF.DATE: 05/04/22   11:30 AM   LOCATION: MV STG OFFICE
TYPE: ID        5/13

OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT MV STG BUILDING, INMATE: WILBERT,
JO ANN, TDCJ-ID NO. 02261580, WAS INSIDE THE STG BUILDING WHEN IN FACT SAID
INMATE HAD NO AUTHORIZATION TO BE IN SUCH PLACE.

LCB

CHARGING OFFICER: A. HERRERA, COV              SHIFT/CARD: 1 H
INMATE NOTIFICATION

TIME/DATE NOTIFIED 5-7-22  11:08      BY: (PRINT) ___ N. WRIGHT      (IF APPLICABLE) INTERPRETER:
YOU WILL APPEAR BEFORE   HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.   YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.   DO YOU WANT TO ATTEND THE HEARING?(YES) NO      IF NO, HOW DO YOU
PLEAD?  GUILTY  NOT GUILTY
INMATE NOTIFICATION SIGNATURE X JoAnn Wilbert               DATE: 5/7/22
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____                              DATE: _____

HEARING INFORMATION
HEARING DATE: 5/15/22  TIME: 1110am  INTERPRETER SIGNATURE: _____
EXPLAIN BELOW IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEKENDS
AND HOLIDAYS, FROM THE OFFENSE DATE: _____

INMATE STATEMENT: I had permission to be there by officer De La Roa Maza

* Officer stated she he did give permission
OFFENSE CODES:
  INMATE PLEA: (G, NG, NONE)  57.0  NG
  FINDINGS:  (G, NG, DS)   DS
                          PUNISHMENT
LOSS OF PRIV (DAYS) _____    REPRIMAND _____
 *RECREATION (DAYS) _____    EXTRA DUTY (HOURS) _____
 *COMMISSARY (DAYS) _____    CONT.VISIT SUSP THRU __/__/__
 *PROPERTY (DAYS) . _____    CELL RESTR (DAYS) _____
 * _____ (DAYS) _____
  INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: X JoAnn Wilbert
LT K Brady _____
HEARING OFFICER (PRINT)                              WARDEN

(FORM I-47MI) CONTACT A STAFF MEMBER IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 04-10) COMUNIQUESE CON UN MIEMBRO DEL PERSONAL SI NO ENTIENDE ESTA FORMA

TDCJ DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20220152080 TDCJNO: 02261580 NAME: WILBERT, JO ANN                    BA:
UNIT: MV    HSNG: A-2    OFSE    JOB: FOLDER LAUNDRY 2ND                     IQ: 090
CLSS: S3    CUST: G3  PRIMARY LANGUAGE: ENGLISH    ADA RESTRICTIONS:    NONE
QRDE: MI / MJD  OFF. DATE: 05/04/22  11:30 AM  LOCATION: MV STG OFFICE
TYPE: ID       5/13

OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT MV STG BUILDING, INMATE: WILBERT,
JO ANN, TDCJ-ID NO. 02261580, WAS INSIDE THE STG BUILDING WHEN IN FACT SAID
INMATE HAD NO AUTHORIZATION TO BE IN SUCH PLACE.

LCB

CHARGING OFFICER: A. HERRERA, COV                      SHIFT/CARD: 1 H
INMATE NOTIFICATION
                                                    IF APPLICABLE INTERPRETER
TIME/DATE NOTIFIED: 5:17 11:12    BY: (PRINT) _____
YOU WILL APPEAR BEFORE  HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.  DO YOU WANT TO ATTEND THE HEARING? (YES) NO    IF NO, HOW DO YOU
PLEAD?  GUILTY (NOT GUILTY
    INMATE NOTIFICATION SIGNATURE: ✗ Jo Ann Wilbert    DATE: 5/7/22
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
    INMATE WAIVER SIGNATURE: _____            DATE: _____
HEARING INFORMATION
HEARING DATE: _____  TIME: _____  INTERPRETER SIGNATURE: _____
EXPLAIN BELOW IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEKENDS
AND HOLIDAYS, FROM THE OFFENSE DATE: _____

    INMATE STATEMENT: _____

_____

OFFENSE CODES:                27.0
    INMATE PLEA: (G, NG, NONE)  |_____|_____|_____|_____|_____|
    FINDINGS:  (G, NG, DS)      |_____|_____|_____|_____|_____|
PUNISHMENT
LOSS OF PRIV(DAYS) _____    REPRIMAND _____
 *RECREATION (DAYS) _____   EXTRA DUTY (HOURS) _____
 *COMMISSARY (DAYS) _____   CONT. VISIT SUSP THRU ____/____/____
 *PROPERTY (DAYS) . _____   CELL RESTR (DAYS) _____
 *_____ (DAYS) _____
    INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: _____

HEARING OFFICER (PRINT) _____           WARDEN _____

(FORM I-47MI) CONTACT A STAFF MEMBER IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 04-10) COMUNIQUESE CON UN MIEMBRO DEL PERSONAL SI NO ENTIENDE ESTA FORMA

# Texas Department of Criminal Justice

**A2-28B**

## STEP 1

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Jo Ann Wilbert   TDCJ # 226 15 80

Unit: A2/28   Housing Assignment: Mt View

Unit where incident occurred: Mt View

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Mr de la MAZA / SGT Herrera / MS Croswell   When? 5/4/22

What was their response? Absolutely Nothing

What action was taken? File Grievance for Withholding Mail And   MAY 0 5 2022

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate   4/29

It has taken weeks to get Lay In to Ship Property. On Thursday 4/28 Friday and Monday 5/2 Tuesday 5/3 The guards MR Huddle + Mr de la Maza Called All Morning on the Radio and on the Phone to get AHOLD of Property. (No one Answered the Radio) or Phone. What is the problem with them Answering their RADIO? I have submitted 4 I-60's to get Property Shipped with No response (MS Croswell) denied she received them.

On Wed May 5th after Holding the Package A week and going to the Mail Room I dropped the Package so they would please Call me. MS Croswell said she would NOW Hold my Package for 30 days. Not only is this Illegal it is MAIL Tampering to Hold A Package clearly marked for A Doctor with A Court Case Pending.

I Am Notifying the Court (6:22-cv-00220). Also Croswell said she didn't ship Packages to TRuck Mail So who is Lying?   MAY 0 5 2022

127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

**Appendix F**

MAY 0 5 2022

Action Requested to resolve your Complaint. Ship my Package As soon as possible

Offender Signature: JoAnn Wilbert                    Date: 5|4|22

Grievance Response:

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☒ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____ I21-2

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission      UGI Initials: 8W

Grievance #: 2022095556

Screening Criteria Used: 02 (599)

Date Recd from Offender: MAY 0 5 2022

Date Returned to Offender: MAY 0 5 2022

**2nd Submission**      UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**      UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix

the only one who has access to the Records! So who is lying here?

When I told you the nurses cannot be doing chart reviews (because they are missing information) my doctors are putting in my chart, You blew me off.

A typical example : On Feb 18 2022  Dr A. Pipes my neurologist directed the Unit to.

1. Renew my CUFF Pass
2. Renew my ZIP Shirt Pass
3. Medically Unassign me (NO WORK)
4. She is treating me for severe migraines
    A. Which could be A Blood Clot or aneurysm
    B. I cannot work.
5. Order compression Glove

None of the ~~Treatments~~ Doctors Orders were placed on my restrictions, none of my Passes were renewed, And the medication sumatriptan WAS Not ordered, neither was my Compression Glove.

When I came to your office 3 times to Attempt to rectify the Problems with my Medical Records and charts — You merely said you were to Busy to tALK to me.

You did nothing to Help me correct Fraudulently written medical records, or chart reviews that Didn't tAke plAce.

I have informed your office that All my conditions are Permanent + Chronic. I DO NOT Pay for medical care or treatment. I have constantly had money extorted out of my inmate trust fund to PAY FOR MEDICAL CARE.

Defendant # 16    Deborah Pilkington   (Medical Records) Mt View
           2305 Ranson Road, Gatsville  Tx 76528.

Acts or omission of this defendant which harmed me. As the
gatekeeper of my Medical Records on the Unit, I have been
needlessly forced to wait exhorbitant Amounts of time to
obtain my medical records from the Unit And from the Hospital
In Galveston.    When MS Aus quit working and you took
her place (I had already waited 8 months for my
hospital records).   When I spoke to you in December +
January²⁰²² to obtain those same hospital records you
said it would be 6 to 8 weeks. (More like 6 months.)
    I just received my hospital records (June 10  2022)
after waiting One Full year to get them.   I repeatedly repeatedly
requested you to follow up and get status on WHY it
is taking so long?  You Always Avoided ME   or
pretended to be to Busy to talk me.
    When I told you I needed these records for COURT —
hospital You Avoided me  And tried to Blame Huntsville.  My
records SAT in, your Office from February 2022 until
June 10 2022. (Surely you could have called them) and got
permission to issue them to me.  I Am entitled to those
records, and you know it.

    Mr Koontz your Boss in Huntsville said my family
needs to Get A Medical Release in order to obtain these
records. Well that release has been in my file since
2019 and he said it WAS Not there? He had to
Get that information from you ; because you are

Defendant # 17     Nurse Practioner Jennifer Humphreys   Mt View Unit
        Mid level Manager. 2305 Ranson Road Gatesville Tx 76528


Acts or Omissions that Harm me: Crimes Against Humanity, Abuse of
    an elderly disabled person, failure to Act reasonably, medical
    malpractice, reckless endangerment, falsify medical records, fraud
    and mistreatment. (failure to Address Pain Management issues.);
        failure to treat.
Oct 20 2021 (left hand Issue with medical) Failed to observe crush injury
        with left hand (severity of injury.)
Oct 23 2021   Need to kmake Appts ( Being refused to transport to Galveston
        Hospital on One Day Bus Pass ( MAJOR ISSUE)
        ISSUE with keeping me on Air Conditioned Units.
        Issue with neuropathy in both feet, neuropathy, and
        hard time with mobility.
        Refill Ibuprophen
        Since Medical Records clerk (MS Aus Quit) need to
        Correct InAccurate entries on Records.
OCT 26 2021.  Not getting my MEDICATIONS!
        Irregular Mammograms (need MAMMO GRAM)
        Psych (MS Teague refuses to help me with PTSD + Anxiety
        Humphrey with Not put PHOTO PHOBIA in my Medical
        records (pertains to my Migraines) + sunglasses I require
                    went to medical
OCT 28 2021-  my blood pressue is through the Roof  (157/92)
        indicating heart attack or stroke possible.
        this indicator completely ignored by staff

November 6 2021— Dorman refuses to renew my CUFF Pass (on direction from Humphrey.) I cannot travel.

Nov 8 2021    Need APPT to see Dr Shields (Humphrey won't let me) it is about one day Bus Pass (transport issue)

Nov 10    Pillow pass expired + cuff pass too! Medical won't renew. No reason given other than they don't WANT to.

Nov 12    Wrote to Psych about Abuses with medical. Teague won't help

Nov 18    Still not getting my IBUPROPHEN from medical. My only Pain Reliever. Requested A B12 shot. (Told to do Blood work) (No reason for this)

Nov 25    Humphrey refuses to Put Photo-phobia in records even though Dr Khan from optometry said to do so! (Severe condition)

Nov 30    Cuff Pass and Pillow Pass now Expired!

Dec 9 + 10    Dr Shields + Humphrey Delete All my Medical Restrictions Put me illegally in WORK STATUS. There is No WAY I should be there.

Dec 8    I sent letter to medical board because of 3 months of Medical Problems; since OCTOBER 2021.

Dec 13 2021    Came down IN Work Status because Humphreys deleted All my medical restrictions except heat. This recklessly endangered my Life. Medically been UnAble to Work since JAN 5 2008.

I cannot work in laundry folding clothes from 0430- NOON.
My left hand is crushed, I am highly allergic to chemicals,
With Heat Restrictions the laundry is a Sweat Shop.
I cannot stand on my feet for 8 hours due to chronic
back and feet problems. (All in my Medical Records)
TDCJ put me there based on Humphreys medical Accessment I
was fit to go to WORK. (What an idiot.) Total incompetence

Dec 21: Wrote Medical Grievances, wrote the Warden, wrote MS Teague,
Wrote Huntsville (Medical Ombudsman) Mr Koontz
Administratively being Confined to Cell since Dec 13th
when I would Not report to WORK. Being harrassed
and called everyday at 0420 to go to WORK.

Dec 24  Actively on LOCKDOWN— No phone, No TV, No Day Room
Cell restriction due to (Humphreys Medical Judgement)
Investigation #

Dec 29  Patient Liason Huntsville (2100100000 1483)

Finally after a Month (got IBUPROPHEN refilled)
letters to Lannett Linthincum (Inadequate Medical Care.)
Complaint to Medical About taking ("Night Time Medication")
at NOON. (standing in Line for 35-45 minutes) every day
Not having FOOD or Medicine Coordinated — get one or the
other but NOT BOTH together like it should be.
Need Medical Pill Pass updated (new received copy back)
letter to Brian Collier About medical Abuses — Lannett
Linthincum refuses to Answer.

January 2 2022- It was bitterly cold outside and I couldn't go to Pill Line. (Pills will have to wait)

1/3/22   Tried to work with Medical on all the screw ups in my records. (They were NO Help)

1/4/22   Have received (7) cases in the month of December for not working (This punitive punishment is ridiculous.)

1/7/22   Filed Grievances And contacted Medical Ombudsman (Medical Records And Files) Are A mess.

1/11/22   Filed more Medical Grievances because they refuse to see me About  WORK issue + Medically Unassigned Status.

1/12/22   Terri Dorman (Nurse) who covers Humphreys Ass when she screws up wrote me — Doctor isn't here. Shields has Quit the Unit. (But did not see me before he left.)  Now I Am stuck with only Humphreys! No doctor on Unit. I Am still on Restriction from Not Working

1/21/22   Humphrey says because I WONT TRAVEL to Galveston she lifed my Restrictions. (Wrong Answer) That is NOT medically Sound judgement. (It's Stupid). All HumPhreys does is detrimental to my Health. She knows exactly where I Am coming from And why I will NOT ride the BUS to Galveston. With COVID RAMPANT AND NO toilets And going through Plane State. Travel for me is to Dangerous. SHE FAILED TO GIVE ME ONE DAY BUS PASS (5) TIMES

Jan 28 2022- Wrok the Inspector General in Huntsvilk
Humphreys knew all the medical restrictions I had were
Valid. She also knew I had NO work Status
In my Medical Records. Deliberately caled me Pain,
suffering and Anxiety. (TDIU) from Dept of Vet. Affairs

FEB 6 2022 Started working Another LAW Suit Against
Mt View the medical care here is insane.
Humphreys is the meanest, nastest, most vile
person on the planet. She has NO medical common
sense and is INCOMPETENT.
I need Second Opinions on ALL her work! (Requested 20 time

FEB 8 2022 Called to go to Plane Stak. I would NOT GO.
Will not Risk my Life Going through there on the
BUS. signed refusal — I PEE FREELY.

FEB 9 2022 Medical Records are all screwed up.

FEB 14 2022- Finally Got off Cell Restriction from Medical
Screw ups (55 days on LOCK DOWN) Punitive
Punishment. All DO to Humphreys.

FEB 18 2022- Dr Pipes my Neurologist saw me on A DMS
at 10:30 She gave me Medically Unassigned
STATUS, my Compression Glove, my KOPs, Zip Shirt
Pass and CUFF PASS BACK.
Humphrey denied me ALL OF THIS. (Deliberately)

FEB 23 2022. Went to Medical. Blood Pressure through the Roof due to medical mess ups with my records + health.

Feb 25 2022- Humphreys through me out of her office because I complained About Medical Care And her.

March 1 2022. Saw Mr TOGO in Medical. Told him how badly messed up my Medical records were And my conditions He couldn't do anything to over ride Humphreys.

March 3 2022  PLL Line tried to give me Cymbalta Which I DO NOT TAKE; BUT DENY me Sumatriptan for migraines that I NEED to take (this is All Humphreys FAULT) My neurologist Dr PIPES prescribed Sumatriptan. Humphreys ignored it.

March 5 2022. Went to medical my Blood Pressure Extremely High (Due to Not getting correct medications) Medical is driving me crazy With All their denials of what I medically need.

March 9- Humphreys let my Zip Shirt Pass expire. I wrote to her 8 times to renew it. Now I Am OUT of Uniform every day because of Her.  I wrote Division of Licensing on her AGain!

March 15 - Saw MS GASWIEGA in medical - she did Absolutely nothing for me (won't even talk to Humphrey) to resolve ISSUES.

March 20 2022 - my Medical Unassigned Status Expired
Medical MS Humphreys (refuses to Renew it)
She definately knows I qualify for it based
on Dr Pipes (order FEB 18 2022)

March 22 2022- Nurse Sloan writes in my Medical Records
Not to SEE Humphreys (Always see A
Second Opinion Person) Tugo or Gaswiega or Lundsford.
Humphreys over rides this And continues to force
me to see her.
She is grossly incompetent in my medical care
and denies me the treatment I need.

April 4 2022 Went to medical saw Nurse Staulista. Specifically
told her I would not see Humphreys. Came down
on Appt to see Humphreys (Again 6th time now)

April 6 2022 Called to Command to get Punishment because I
refused to see Humphreys. Punishment because I
asked for Second Opinion.
I fired Humphreys off my Medical Care Plan.
She does nothing for me Medically that needs to
be done.

April 9 2022 My sick call PASS Now states my
JOB IS : OFF

April 21 2022    Wrote Warden Howard About Humphreys and
all the Mistakes she has made in my
Medical records + conditions. (she called me into her
office.) Signed Paper work for Medical Ombudsman)

May 10 2022 - Humphrey cancelled my Medical Appointment with
Mr ToGO (the other Physician Assistant)
No reason was given Why. I waited 3
weeks for this Appt.

May 11 2022 - Medical gave me Appt for shots I don't take.
Notified by mail case # 6:22 CV-00219) is
Cancelled due to processing errors.
I Declined my physical because it was with
Humphreys. (I medically need Another person)

MAY 13 2022  Dr PiPES my neurologist called (DMS) At 10:30 Am
She Again renewed all my restrictions which
Humphreys refuses to DO.
I told her About the Difficulties I was having
with Humphreys She will try to help.

May 19 2022 Called to medical at 0630. Supposedly it was for shots
I needed. Actually it was for shots I DIDN'T
need (Chicken Pox + Hep B) Nurse Healer said she
checked my records. Bold face lIE — I had chickenpox.
When you gave the (Chicken Pox shot, WAS for COVID) And I
don't need Hep B shot due to NO Exposure.

NOTE: A B12 Shot I wanted they wouldn't give me —
And shots I Don't need they will give me.

May 20 2022- Went and got A chest X-Ray (never received
results) wrote Pilkington 6/11/22

I wrote this
Court about
that incidents
and gave full
report to you.
{ DoNNA MAE Rogers has broken foot — she is forced to
give up her cane + Almost dies from A Blood Cloth.
Lady has heart Attack in medical office she is
dying and two TDCJ officials yell at her

May 23 2022- Wrote medical About getting Second Opinions on
Medical Care. Have waited 3 weeks to see
someone other than Humphrey.

May 27 2022 — Had Another Nurse Sick call And Appt to
see Humphrey. I Would Not go it is A waste
of Time. (Threatened to Get two clases.)

June 3 2022- Saw MS Sloan in medical. Was requesting to see
PA Lundsford but Humphrey keeps intercepting
my request. (She won't let me see anyone)

June 7 2022- Due to escape of Prison Gonzulo Lopez   All
transportation by BUS (TDCJ transport) is Now
stopped. Thank God

A typical example of what I am talking About

```
------------------------------------
        TDCJ - INSTITUTIONAL DIVISION
             OFFICIAL LAYIN PASS
                  INFIRMARY

EFFECTIVE DATE: 05/27/2022
FROM-TO TIME: 06:30-06:45
START DATE: 05/27/2022 END DATE: 05/27/2022

ADMIT: 02261580 WILBERT,JO ANN
   REASON: MED 0630 NSC      HOUSE: A-2-028B

   JOB: FOLDER LAUNDRY 2ND
   EDUC:                        04:30-12:00


   COUNTROOM: TAYLOR

   TITLE: COUNTROOM

                    ------------------
```

I had been to 3 Nurse Sick Calls the week of MAy 16 - 21.
All three times I told nurses I Do Not see Humphreys
Nurse Sloan gave me Appt with PA Lundford.

```
------------------------------------
        TDCJ - INSTITUTIONAL DIVISION
             OFFICIAL LAYIN PASS
                  INFIRMARY

EFFECTIVE DATE: 05/27/2022
FROM-TO TIME: 05:30-06:00
START DATE: 05/27/2022 END DATE: 05/27/2022

ADMIT: 02261580 WILBERT,JO ANN
   REASON: HUMPHREYS        HOUSE: A-2-028B

   JOB: FOLDER LAUNDRY 2ND
   EDUC:                        04:30-12:00


   COUNTROOM: TAYLOR

   TITLE: COUNTROOM

              - -
```

When my Appt came down 5/27/22 it was with Humphreys.

I would Not SEE her I was Getting my toilet Paper issue (for the week)

I will be Punitively Punished because I refused to SEE Humphreys.

Defendant # 18   Terre Dorman (Nurse) Mt View Unit  2305
          Ransom Rd Gatsvile  TX 76528

Acts or omissions that harmed me. As A night shift supervisor
You were the one who mostly Answered the Mail that I
sent to NP Humphrys.

99% of All medical responses you gave me were bogus and
did not Accurately reflect my medical conditions.

You repeadily reported to me you had done chart reviews—
When I knew this was A LIE because you could have
not missed what My doctor (Dr Pipes) wrote in my records
on Feb 18 2022 and May 13 2022.

You failed to make correction to Medical Records
How can you miss request for Cuff Pass ????
How can you miss Not ordering Compression Glove???
How can you miss Medically Unassigned ???
   How can you miss ZIP shirt   When I reported
thing like this — You insisted My Restrictions were
Correct   When clearly they were NoT.


Defendant #

Parties to Suit ⑲ Afolasade Akinsipe + #20 Signd Teague
Mental Heath Workers #19 + #20 both work Mountain View
Unit 2305 Ransom Road Gatesville Tx 76528

Acts or Omissions that Harm me— Denying me Psychology
help when I needed counseling for my combat PTSD and
Anxiety. Said you couldn't help me But "that is Your Job".
Insisting you couldn't Help me because I was not
on Psych meds.   When I had MAJor housing issues with
TAM Robinson + Margaret Walker (being insane and out of
their mind) you did nothing to elevIAte My Psychological Stress
and relieve my Anxiety. You ignored me. (Causing me great
Emotional Distress.)
(Nov 2021) When I had to Go 4 days without sleep because TAM
Robinson had Gone out of her mind — You did nothing to
Isolate her away from me.  You only insisted on making
the situation worse when you told me " I HAD to deal
with it."    It was Not my Problem it wAs YOURS!

Parties to Suit #21 Sherri Barron and #22 Denise Erikson
Certified Medical AssistAnts. Both work Mountain View  2305
Ransom Road Gatesville Tx 76528
Acts or Omissions that Harm me. You would never give
Me information About whether my medication was Avaliable
when I stood in Afternoon Pill Line. You would give it to
other inmates you liked. You would Also issue meds to other
Inmates who should have picked up their meds early morning—
You would not let me pick up my morning meds at Noon.
On two occassions  you slammed window in my face and
denied me medications.

<u>FRAUD</u>   ON   THE   PART   OF   TDCJ / STATE OF TX

13th Amendment Violations of the LAW

Federal Part of this LAW SUIT

Abuse of A Disabled American Veteran; Abuse of An elderly Person; forced Labor And Slavery ( failing to pay Inmates for work (Job).


Medically been physically unAble to work since Jan 5 2008
Verified by 3 Agencies Dept of Veteran Affairs / Medicare / Social Sec.

<u>FALSE Front</u>: saying I have A JOB. I DO NOT WORK in Laundry. It is FAKE News to even put this <u>dowN.</u>   My Labor status is being Exploited because TDCJ is drawing money for ME; (Working) I cannot work in Any capacity based on DisAbilities.

<u>Deliberate Indifference</u>: UTMB has my VA, <sup>records</sup> which have my Total Disability based on Individual Unemployability in my file. They fail to honor this letter, or look at my Medical Records to Verify my Disabilities.

TDCJ And UTMB have known since MAY 28, 2019  I cannot work.

They completely ignore this for their convience.

TDCJ Actually deleted my Social Security And my medical disability check from Dept of Veterans Affairs. They cannot say they dont know.

Falsifying Work Status (Assigning me to Work)
When I should Not be working)

```
        TDCJ - INSTITUTIONAL DIVISION      | Cancelled
            OFFICIAL LAYIN PASS            | by staff
              ADMINISTRATIVE               | No Service

    EFFECTIVE DATE: 06/02/2022
    FROM-TO TIME: 18:30-20:30
    START DATE: 06/02/2022 END DATE: 06/02/2022

    ADMIT: 02261580 WILBERT, JO ANN
    REASON: 1830 CATH MASS   HOUSE: A-2-028B

    JOB: FOLDER LAUNDRY 2ND            04:30-12:00
    EDUC:


    COUNTROOM: STRICKLAND

    TITLE: COUNTROOM
```

My JOB should read: (Medically Un Assigned.)
I cannot work in Any CAPACITY.

But Fraud: When TDCJ clearly shows me having A JOB.
Will Call me out for work when needed. ☆
But will Not give me work credits for working
Corrupt system based on exploitation of inmates
Labor without pay or FLAT TIME credit.

## Exploytation of Labor : SLAVERY

Texas, Arkansas and Georgia Are the only States in the entire United States that FAil to Pay inmates for their Labor.

Texas (TDCJ) says they Give Work Credits. Work Credits do Absolutely No Good for two reasons :

1) FLAT TIME CREDITS Are the only thing that Apply toward Parole And should be awarded At A rate of two days for every one day worked.

2) TDCJ is making money for As many inmates Labor As they can put to work. This is forced Labor Especially when people like myself should not Work. TDCJ only wants their PAY.
   I Am /And have been punitively Punished (Dec 10 2021 through FEB 14 2022) for Not working
   When I should be in Medically Unassigned Status!

   Since TDCJ And UTMB — refuse to Medically Unassign me like My Neurologist Dr Pipes ordered FEB 18 2022 I Am suing the State of Texas for shortning my Life; Abuse, reckless endangerment, forced Labor, and slavery. You have done Egregious Harm to me.

## Discrimination in Transportation : A MAJOR ISSUE

I cannot transport by Bus to medical Appointments. The Bus ride from Gatesville Texas to Plane State Jail Facility (A transfer Point) is unAttainable for me.

As reported to Brian Collier, Medical Doctors on All Units I have been on, And TDCJ security — Due to severe migraines (having nausea, vomiting, diahrrea, dizziness And A severly crushed left hand) I cannot travel by BUS.

1) The toilets on the BUS DO NOT FLUSH
2) The toilets on the BUS Are In FULL VIEW of male bus drivers
3) I have requested ONE DAY TRAvel pass — 5 Different Times and been refused 5 times.
4) I had Life And Death issues At Plane State JAIL Facility (Bldg K1) is not fit for Human Occupation. I Almost died there MAY 28 2019 through June 24 2019 And Again July 1 2021 through July 16 2021.
5) Plane State Jail Facility (Bldg K1) Was condemned over 8 years Ago and should be closed.
6) Rarely do we Get water on the Bus. There are NO HAnd Washing facilities on the Bus! It is filthy.
7) My CUFF pass expired do to Incompetent Medical — I cannot be cuffed with MetAl — it causes excruciating Pain in my LEFT Hand.
8) Inmates with less severe problems than mine are allowed to travel by VAN — A one day trip!
9) I Am to beat down to spend 3 to 5 days riding the BUS.

VI Relief (Extra ordinary) Injunctive Relief
For Emergent Medical Care I need: I should be
able to go to : (Death may be imminent)
                The Dallas Veterans Medical Center
                4500 South Lancaster Road
                Dallas TX 75216-7167


Due to TDCJ and UTMB completely mismanaging my Health
Care and my Urgent Medical Needs. I need this court to
consider this A Humanitarian Request. And Also consider
my 20 years service to this great Country.

CW2 USA (Ret)
JoAnn Wilbert