June 4 2022

2261580
Jo Ann Wilbert
Mt View Unit (A2/28)
2305 Ransom Rd
Gatesville Tx 76528

To: Clerk of the Court
    Western District of Texas
    United States Courthouse
    800 Franklin Avenue Room 380
    WACO, Texas 76701

Thru: NP Jennifer Humphreys
      Mt View Unit

NP Humphreys
    I have tried to dissuade you from doing the
EGREGIOUS Harm to me You have done through Medical,
and You refuse to listen to reason.
    You have deliberately put me in Harms Way because
You are evil, mean And vindictive. Your medical judgement
is very questionable And if you don't like inmates
Don't work here. On Numerous occassions you have
violated doctors orders, caused me to be Punitively
Punished for my inability to work, and falsified my
medical records. InAddition You have cancelled my request
to see other Physician AssistAnts like Mr ToGo and
MS Gaswega

(1)

As Retribution for Filing Grievances on you; You have done the following

- Forced me to work with broken bones And multiple disabilities (violationing All my medical restrictions)
- Thrown me out of your office when I come to see you for medical care.
- Failed to read my VA medical records
- Failed to follow doctors orders: specifically those of Dr A. Pires my Neurologist who is treating me for severe migraines and the possibility of blood clots or Aneurism. (Feb 18 2022)
- Disregarding my hand surgeons order to get me A new compression glove
- Failure to renew my medical passes. (CUFF Pass, and ZIP Shirt passes) My Sunglass Pass will expire 6/11/22 And I Am requesting you renew that too.
- You cannot possibly be doing All these chart reviews You say you are doing — It is so obvious I have disability problems — All you do is deny every thing.
- For 3 weeks now I have written to you to get non aspirin. No new prescription has shown up.
- Due to constAnt Abuse, discrimination of a disabled person, discrimination and Abuse (causing me pain and suffering) and delaying my medical care and treatment I Am taking you to Court.

(2)

The Deliberate Indifference you show:
- Your beligerent Attitude when dealing with inmates
- Your medical judgement is unsound And constitutes medical malpractice
- Over 30 times you have been told + shown I DO Not work in any capacity. Yet you put me IN Work Status
- You know I should be Medically UnAssigned.
- You falsify my medical records Along with Nurse T. Dorman.

The list goes on and on.

I have written to the court and the Division of Licensing filed grievances and submitted I60's. I Am forced to do this.

(3)

FINAL GRIEVANCE
CC to Court

This Letter 3/9/22 I was given is I had submitted to many grievances. I can legally process one medical grievance every day.

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: _____

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Offender Name: JoAnn Wilbert    TDCJ # 2261580

Unit: Mt View    Housing Assignment: A2/28

Unit where incident occurred: Mt View Unit / Gatsville TX

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be specific).   *I am dissatisfied with the response at Step 1 because...*

1) After having processed over 50 Grievances for inadequate medical care, failure to treat, recklessly endangering my life by forcing me into work status and a multitude of violations of my Civil Rights and Human Rights it is time to file a Law Suit for flagrant violations.

2) TDCJ and UTMB refuse to code my Medical Records and keep me in work status when I should be permanantly Medical Unassigned.

3) I have been repeadily punished for being to Disabled to work. My TDIU (Total Disability based on Individual Unemployability) letter is in my VA File that UTMB has as part of my medical record packet they were given in 2019.

4) My medical inability to work has been part of my record since Jan 5 2008.

5) Movement to the VA Hospital in Dallas TX (immediately)

will be thee only thing that will satisfy this LAW SUIT.

**Offender Signature:** _Jo Ann Wilbert_          **Date:** 6/5/22

**Grievance Response:**

**Signature Authority:**                                              **Date:**

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____ Screened   ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____
**2ⁿᵈ Submission**          **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____ Screened   ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____
**3ʳᵈ Submission**          **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____ Screened   ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 9-1-2007)                                    Appendix G

MEDICAL

**Texas Department of Criminal Justice**

A2-28B

**STEP 1** OFFENDER GRIEVANCE FORM

A.2

Offender Name: Jo Ann Wilbert   TDCJ # 2261580

Unit: Mt View   Housing Assignment: F2/32

Unit where incident occurred: Mt View

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2022071644 KW |
| Date Received: | 3-7-22 |
| Date Due: | 4-21-22 |
| Grievance Code: | 618 |
| Investigator ID #: | I7285 |
| Extension Date: | 6-5-22 |
| Date Retd to Offender: | |

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Humphrey / TOGO / Dorman / Woosley   When? (Continuously)

What was their response? They kept running me Around   JUN 06 2022

What action was taken? Wrote QC in Galveston + Dr Lanette Linthincum

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

After writing medical sina December + Seeing medical on 3/5/22
I Am filing this Medical Grievance for Medical Malpractice on
Mt View Unit. The Medical is so inadeQuate and so incompetent
it cannot even be called medical care.

My Pill Pass is wrong: I need Melatonin + 800 mg ibuprophen
I was Given Cymbalta + Aspirin

My Restriction List: won't even be printed for me (I have asked 8 times)
My Medically Unassigned States should read   FEB 18 2023
No Climbing
No repetitive use of Hands
No Working with chemicals or irritants
No Walking beyond 100 yards
No Lifting over 15 lbs.

I Am 100% Disabled and Don't WoRK (PERIOD) Classification Knows

My Cuff PASS And ZIP Shirt Pass all need to Be renewed

I have Written to Medical (12) times to correct their errors. It
was MS Humphreys who created the problems. She needs to fix them.

JUN 06 2022

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

I have continued Quality Control Manager Health Care in Galveston and Dr Lanette Linthincum in Huntsville. Humphreys blatant disregard for my medical health is appalling.

Relief Humphreys need to correct all my Records to their former Correctness

JUN 0 6 2022

**Action Requested to resolve your Complaint.** Humphreys needs to stop Abusing me and correct my records.

**Offender Signature:** Jo Ann Wilbert          **Date:** 3/5/22

**Grievance Response:**

---

**Signature Authority:** _____          **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☒ 2. Submission in excess of 1 every 7 days.  *

☐ 3. Originals not submitted.  *

☐ 4. Inappropriate/Excessive attachments.  *

☐ 5. No documented attempt at informal resolution.  *

☐ 6. No requested relief is stated.  *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language.  *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible.  *

☐ 11. Inappropriate.  *

**UGI Printed Name/Signature:** Wilber/SW

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission          UGI Initials: SW | |
| Grievance #: 20220711047 | |
| Screening Criteria Used: 02          699 | |
| Date Recd from Offender: 3-7-22 | |
| Date Returned to Offender: JUN 0 6 2022 | |
| 2nd Submission          UGI Initials: _____ | |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission          UGI Initials: _____ | |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix

Medical Form

## Texas Department of Criminal Justice

### STEP 1 — OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: 2022070881 |
| Date Received: 5-4-22 |
| Date Due: 4-18-22 |
| Grievance Code: 1088 |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Jo Ann Wilbert   TDCJ # 2261580

Unit: Mt View   Housing Assignment: F2/32

Unit where incident occurred: Mt View

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Ms Henry / SGT Morgan   When? 8:45 pm 3/2/22   JUN 06 2022

What was their response? Understood everything I told them.

What action was taken? Will file Medical grievance

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 3/2/22 (Wed) at 5:30 pm I was called by Pickett (Ms Henry) to go on Chain to Plane State. — Due to Medical cancelling my CUFF Pass — I can no longer travel at ALL. My LEFT HAND is crushed And my wrist has a Bone sticking out I cannot be cuffed with metal they have to use Plastic restraints. Without A CUFF Pass — TDCJ will CUFF me how ever they want to Which will cause me extreme pain + suffering

PA Humphrey was the person who cancelled my CUFF Pass. I requested (4) times to have it renewed She is directly responsible for me NOT BEING ABLE TO travel to Galveston Hospital to have HAND SURGERY.

This is the reason I signed my Refusal — NO CUFF PASS.

I will be contacting Dr Linnett Linthingum At TDCJ (Brent Upson for the Third Time (About PA Humphrey)   JUN 06 2022

---

Relief : Reinstate All my restrictions, including CUFF Pass.

JUN 0 6 2022

**Action Requested to resolve your Complaint.** Reinstate all restrictions including CUFF Pass.

**Offender Signature:** Jo Ann Wilbert          **Date:** 3|2|22

**Grievance Response:**

**Signature Authority:** _____          **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**          ***Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.

☒ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials: 8W

Grievance #: 2022070881

Screening Criteria Used: 02   699

Date Recd from Offender: 3-4-22

Date Returned to Offender: JUN 0 6 2022

2nd **Submission**          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd **Submission**          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix