Jo Ann Wilbert
v
STATE OF TEXAS

# PETITION

Special Memorandum: Since Gonzuelo Lopez hijacked a TDCJ Bus, there is presently NO more transporting to medical Appointments

THERE IS ONLY EMERGENT MEDICAL CARE.

I Petition this Court order me to be transported VIA the Police, Texas Rangers, or U.S. Marshals to the Veterans Hospital in Dallas Texas for the Emergent Medical Care And treatment I NEED.

1. Emergent MRI for my Brain to determine possible Aneurism or Blood Clot.
2. Surgery on my crushed left hand to restore use, and obtain at least six weeks of occupational therapy
3. A Pain Management Protocol for Chronic Pain due to 39 surgeries on my Body.
4. I have A medical need for Gabapentin for severe nerve damage in my right eye, both feet And crushed left hand.
5. While at VA Care facility A complete and comprehensive physical be done to determine my INABILITY to Work. (TDIU) Total Disability Individual Unemployability
6. While at the Veterans Hospital - I have an Immediate Need to Be counseled for my Combat Stress PTSD And Anxiety.

## Petition

7. I have an immediate need to Get An MRI on my Lower Back. I have 3 herniated disk (at L3, L4, L5) and A Pinched nerve at S1. I have chronic low back pain.

8. I have A Large Bone Spur on my Left Foot that needs to be removed (surgically) so I can walk without Pain.

9. I have An immediate medical need to have A Mammogram and ultra sound on my right breast. After my last mammo — I have had yellow discharge and discovered A Lump.

This medical care and treatment is necessary to Prolong my Life. I have doctors orders from Galveston Hospital that Mt View Unit ignores (for the care and treatment) I Am requesting this Court Order, me to A VA hospital. At least if I DIE I will DIE with Dignity.

CW2 (Ret) USA
Jo Ann Wilbert